COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-14-00936-CV

Style:      Joel D. Mallory, Jr. v. West Bellfort Property Owners Association

Date motion filed[*]:      February 9, 2015

Type of motion:      Motion for Extension of Time to Pay Filing Fee

Party filing motion:      Appellant

Document to be filed:      Evidence of payment of the clerk's record fee or extension request

Is appeal accelerated?      No

If motion to extend time:

    Original due dates:      12/14/14 (Filing Fee) & 12/4/14 (CR Fee)

    Number of extensions granted:      0      Current Due Dates:  Same

    Date Requested:      March 15, 2015 (Filing Fee)

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due:  N/A

    ☐ Denied

    ☒ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☒ Other: _____

    Appellant's motion for extension of time to pay the filing fee is dismissed as moot because he already paid that fee in this case on January 7, 2015, and mistakenly used the caption for cause number 14-00998-CV.  However, appellant has failed to timely respond to the 12/8/14 late clerk's record fee notice from the Clerk of this Court requesting evidence of the record fee payment by 1/7/15 or else this appeal may be dismissed.  Accordingly, appellant is ordered to provide evidence of payment or arrangements to pay for the clerk's record fee, or a properly-filed extension motion, **within 10 days of this order or this appeal may be dismissed without further notice.**  *See* TEX. R. APP. P. 37.3(b), 42.3(c).

Judge's signature: /s/ Laura Carter Higley

        ☒ Acting individually    ☐ Acting for the Court

Date:  February

November 7, 2008 Revision